FILED
NOV 06 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ____ DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

**Case No.** 5:26-CT-3340-FL
(To be filled out by Clerk's Office only)

Robert S. Ballard
_______________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 0017263

# COMPLAINT

(*Pro Se* Prisoner)

-against-

Jury Demand?
☒ Yes
☐ No

Warden Waddell, Nurse Calloway, Nurse Williams, Nurse Contreras, All Nursing Staff Assigned To Blue Unit at Maury Correctional Officers Solomon and Drew

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Robert S Ballard
Name

0017263
Prisoner ID #

Maury Correctional
Place of Detention

PO Box 506
Institutional Address

Maury | NC | 28554
City | State | Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Warden Waddell
Name

Warden
Current Job Title

PO Box 506
Current Work Address

Maury NC 28554
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Nurse C. Calloway
Name

Nurse
Current Job Title

PO Box 506
Current Work Address

Maury NC 28558
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant: Officer Solomon
Correctional officer
P O Box 506
Maury NC 28554
Both

**Defendant(s) Continued**

Defendant 3: Nurse Williams
Name

Nurse
Current Job Title

PO Box 506
Current Work Address

Maury NC 28554
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: Nurse Conbear
Name

Nurse
Current Job Title

PO Box 506
Current Work Address

Maury NC 28554
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 5: All Nursing Staff Assigned to Blue Unit At Maury Correctional Institution
Nurses
Po Box 506
Maury NC 28554
Capacity in which being sued: Both

Defendant: officer Drew
Correctional officer
PO Box 506, Maury NC 28554 Both



Case 5:26-ct-03340-FL Document 1 Filed 11/06/26 Page 4 of 10

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Blue Unit AT Mary Correctional

Date(s) of occurrence: 7-1-2026 To present

State which of your federal constitutional or federal statutory rights have been violated:
8th Amendment, Denial of Medical Treatment, medications being Delayed And/or Denial

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| Who did what to you? |
|---|

STATEMENT OF FACTS

Plaintiff suffers from SEVERE burning pain in his Lower back and feet. Plaintiff has been ordered ZanaFlex And oxycodone for this pain. Plaintiff has continued to put in sick calls To SEE the Provider About this pain because it Continues To get worse - To the point that oxycodone is doing Nothing To help with this pain. Plaintiff has paid 140.00 dollars at 5.00 per sick call - Policy after 3 sick calls you're supposed To SEE the Provider Yet

I still have not seen Anyone other than the Nurse who is doing the sick calls. They continue to tell me I will see the Provider Next week - But NEXT WEEK NEVER COMES

My PRN medications ARE continuously being delayed by Nurses in Blue Unit who pass out medications.
On two recent occasions prison officials have

What happened to you?

Admitted finally that my PRN medication were delayed more than 6 Hours and that Nurses involved would be reminded of policy And Reeducated about PRN medications. Yet this practice continues like it has since I arrived on Blue Unit. Today, 10-30-26 I waited over 2Hours for my PRN because the Nurse left the floor for over 2Hours. This is a Medical Prison, theres supposed to be A Nurse on the Floor At All Times - Yet there was No Nurse on Blue Unit to give PRN medications that were due for (2) Two Hours - The Nurse Ms. Williams Told me she left about 10:30AM And just got back AT 12Noon.

When did it happen to you?

This is A clear case of Deliberate Indifference To serious medical Needs When I have to wait in Severe pain for Hours To Receive PRN medications That are ordered because Medical Staff decides To leave the Unit with no one To give ORDERED Medications out.

Where did it happen to you?

Other Defendants thought it was funny that I was sitting in my wheelchair for hours Trying To get medications that was ordered, due And had been Requested

What was your injury?

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Compensatory damages in the amount of 50,000 for each defendant
Punitive damages in the amount of 50,000 for each defendant

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? Several

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Some won, some still pending, awaiting trial dates on others

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

Dated

Robert S Ballard
Plaintiff's Signature

Robert S Ballard
Printed Name

0017263
Prison Identification #

PO Box 506 — Maury — NC — 28558
Prison Address — City — State — Zip Code